UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:13-cr-00029-JMS-CMM |
| ) | |
| KENNETH E. SHELTON (01), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Marion Garcia's Report and Recommendation dkt [203] recommending that Kenneth E. Shelton's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Garcia's Report and Recommendation dkt [203]. The Court finds that Mr. Shelton committed Violation Numbers 1 and 2 as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* at dkts. [182, 198]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Shelton is sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months and with no supervised release to follow. The Court recommends placement at FCI Terre Haute.

Date: 1/28/2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system